THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE A. CORNELL, Appellant.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD EDWARD SMITH, Appellant.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.